Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 27  AM 10: 35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___KMK___ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'07 MJ 2991**

The person charged as **ROBERT THOMAS BOWMAN SR.** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **CENTRAL** District of **CALIFORNIA**

with **Title 18 USC 2252A(a)(5)(B) / Possession of Child Pornography**, in

violation of **knowingly possessed material, namely, a computer hard drive, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that were so shipped and transported, by any means, including by computer, knowing that the images were child pornography.**

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: **12/27/07**

_____
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: **12/27/07**

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | **CR 07-01026** |
| v. | | |
| ROBERT THOMAS BOWMAN, SR. | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest __ROBERT THOMAS BOWMAN, SR.__
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment
☐Information   ☐Order of Court   ☐Probation Violation Petition   ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Possession of Child Pornography**

in violation of Title 18, United States Code, Section(s) 2252A(a)(5)(B):

| Sherri R. Carter | September 25, 2007    LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: __JENNIFER T. LUM__ |
| **JANET AGHBOLAGHI** | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                 PAGE 1 OF 2

FILED

2007 SEP 25 PM 4:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JUNE 2007 GRAND JURY

UNITED STATES OF AMERICA,       )   No. CR 07-**07-01026**
                                )
             Plaintiff,         )   **I N D I C T M E N T**
                                )
        v.                      )   [18 U.S.C. § 2252A(a)(5)(B):
                                )    Possession of Child
ROBERT THOMAS BOWMAN, SR.,      )    Pornography]
                                )
             Defendant.         )
_____)

The Grand Jury charges:

[18 U.S.C. § 2252A(a)(5)(B)]

On or before October 4, 2006, in Los Angeles County, within the Central District of California, defendant ROBERT THOMAS BOWMAN, SR., knowingly possessed material, namely, a computer hard drive, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that were so shipped and

//

1  transported, by any means, including by computer, knowing that
2  the images were child pornography.
3                            A TRUE BILL
4
5                            ___—S—_____
6                            Foreperson

7  GEORGE S. CARDONA
   United States Attorney
8
9  [signature]

10 THOMAS P. O'BRIEN
   Assistant United States Attorney
11 Chief, Criminal Division

12

13 KEVIN M. LALLY
   Assistant United States Attorney
14 Violent & Organized Crime Section

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              2