Minutes of the United States District Court
Southern District of California
December 28, 2007

| HON. LEO S. PAPAS | DEPUTY CLERK: J. JARABEK |
|---|---|

TAPE NO. LSP07-1; 13:53-13:57

| 07MJ2991-LSP | USA vs. | ROBERT THOMAS BOWMAN, SR. 06821298 - (C) |
|---|---|---|
| INITIAL APPEARANCE ON OUT OF DISTRICT COMPLAINT | | CANDIS MITCHELL, FEDERAL DEFENDERS |
| | | AUSA: SABRINA FEVE |

DOA: 12/27/07

DFT'S FIRST APPEARANCE; DFT INFORMED OF CHARGES

DFT ADMITS IDENTITY

DFT ORALLY WAIVES REMOVAL/ID HRG ON RECORD

DFT IS ORDERED REMOVED TO CENTRAL DISTRICT OF CALIFORNIA; DETENTION HEARING TO BE HELD IN CENTRAL DISTRICT OF CALIFORNIA

GOVERNMENT TO PREPARE WARRANT OF REMOVAL

4 min