# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



W. Samuel Hamrick, Jr.
Clerk of Court

January 3, 2008

Clerk, U.S. District Court
United States District Court for the Central District of Califoria
United States District Court 312 North Spring Street
Los Angeles, CA 90012-4701

07mj2991 LSP

Re:              , United States of America v. Robert

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| ___ | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| X | Other | Arrest on Out-of-District Offense; Notice of Appearance; Minutes | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
, Deputy Clerk